IN RE:                                      CHAPTER 13
GARY L. CURTIS, II                    CASE NO. 10-66499
                                                     JUDGE Marci B. McIvor
Debtor,
_____/

## ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
       IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $zero in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 1,274.00 shall be paid by the Trustee as an administrative expense of this case.
       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ☐ The Debtor shall remit _____% of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.
- ☐ The Debtor's Plan shall continue for no less than _____ months.
- ☐ The Debtor's Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, _____.
- ☐ Creditors rights to object to the last filed Modified Plan are preserved until_____
- ✓ Other: 1. Trustee shall make no payment to Jill Curtis listed in the Plan as class 6 for notice only.
- ✓ 2. Debtor shall provide to the Trustee semi-annual profit & loss statements for his business & all tax returns for personal & business/corporate each year no later than May 30th of each year.

APPROVED:                      OBJECTIONS WITHDRAWN:          APPROVED:

/s/ David Wm. Ruskin
DAVID WM. RUSKIN (P26803)     _____     /s/ Robert B. Reizner
CHAPTER 13 TRUSTEE               CREDITOR:                             Robert B. Reizner (P 36760)
26555 Evergreen Road                                                            ATTORNEY FOR DEBTOR
1100 Travelers Towers                                                           605 W. Michigan Avenue
Southfield, MI 48076-4251                                         Jackson, MI 49201
248-352-7755                                                                        517-782-4922
                                                                                               rob@reiznerlaw.com

.

**Signed on November 24, 2010**

                                               _____/s/ Marci B. McIvor_____
                                                  Marci B. McIvor
                                                 United States Bankruptcy Judge